> Motion GRANTED.
> Extension to 4/1/2022.
> *[signature]*

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ERNEST KEVIN TRIVETTE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TENNESSEE DEPARTMENT OF CORRECTION, <br><br> Defendant. | Civil No. 3:20-cv-00276 <br> **Judge Aleta A. Trauger** |

## JOINT MOTION TO EXTEND DEADLINE TO FILE MOTIONS TO AMEND

The parties, through their undersigned counsel, jointly request that the Court extend the deadline for Motions to Amend from February 1, 2022 to April 1, 2022. The court entered an Initial Case Management Order [Doc. 70] in this action on October 22, 2021. This is the parties' first request for an extension of a case management deadline.

WHEREFORE, the Parties respectfully move the Court for an extension of two (2) months, to and including April 1, 2022, to submit the Motion to Amend.

Respectfully submitted,

DISABILITY RIGHTS TENNESSEE

/s/ Stacie L. Price
Stacie L. Price (TN Bar# 030625)
Disability Rights Tennessee
2 International Plaza, Suite 825
Nashville, TN 37217
(615) 298-1080
staciep@disabilityrightstn.org