# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

ERNEST KEVIN TRIVETTE, *et al.*,

    Plaintiffs,

v.

TENNESSEE DEPARTMENT OF CORRECTION,

    Defendant.

Civil No. 3:20-cv-00276
**Judge Aleta A. Trauger**

## MOTION TO WITHDRAW APPEARANCE OF AMY F. ROBERTSON

Pursuant to Rule 83.01(g) of the Local Rules of Court of the United States District Court for the Middle District of Tennessee, the undersigned hereby moves for leave to withdraw her appearance as counsel for Plaintiffs.

1. The initial complaint for this action was filed on March 31, 2020, at which time Martha M. Lafferty of the Civil Rights Education and Enforcement Center ("CREEC") and Stacie L. Price and Daniel L. Ellis of Disability Rights Tennessee entered appearances on behalf of Plaintiffs.

2. On April 8, 2020, this Court granted the undersigned's motion to appear *pro hac vice*. ECF No. 6. At that time, the undersigned was Co-Executive Director of CREEC.

3. As of October 4, 2021, the undersigned left CREEC to return to private practice at her former firm, Fox & Robertson, P.C. *See* ECF No. 73 (notice of change of firm and contact information).

4. Since that time, Pilar Gonzalez Morales, Director of the Accessibility Project at CREEC, has been granted *pro hac vice* admission to appear for Plaintiffs. *See* ECF No. 74.

2

5. Given that Plaintiffs will continue to be represented by Martha M. Lafferty and Pilar Gonzalez Morales of CREEC and Stacie Price and Daniel Ellis of Disability Rights Tennessee, there is good cause to permit the undersigned to withdraw her appearance. This withdrawal will not delay trial or other pending matters in this case.

6. Pursuant to LR 83.01(g), the undersigned gave written notice to Plaintiffs on March 2, 2022, fourteen (14) days prior to the filing of this motion. Copies of the letters providing notice are attached hereto as Exhibit A.

WHEREFORE, for the foregoing reasons, the undersigned respectfully requests that this Court grant this motion to withdraw her appearance.

Respectfully submitted,

FOX & ROBERTSON, P.C.

/s/ Amy F. Robertson
Amy F. Robertson (CO Bar # 25890)
Fox & Robertson
1 Broadway, Suite B205
Denver, CO 80203
(303) 951-4164
arob@foxrob.com

*Admitted Pro Hac Vice*
Attorney for Plaintiffs

Dated: March 16, 2022

## **CERTIFICATE OF SERVICE**

      I certify that, on March 16, 2022, I served the foregoing document upon all parties herein by e-filing with the CM/ECF system maintained by the Court which will provide notice to the following:

Dawn Jordan
Senior Deputy Attorney General
Office of the Attorney General
Civil Litigation Division
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-6440
Dawn.Jordan@ag.tn.gov

/s/ Jordon Henderson
Jordon Henderson
Paralegal
Fox & Robertson, PC