IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| ERNEST KEVIN TRIVETTE, et al., ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> TENNESSEE DEPT. OF CORRECTION, ) <br> Defendant. ) | No. 3:20-cv-00276 <br> JUDGE TRAUGER |

## UNOPPOSED MOTION FOR RELIEF FROM ORDER GRANTING MOTION TO AMEND (ECF 126)

This is a Motion pursuant to Fed. R. Civ. Proc. 60(a) for relief from The Order Granting Plaintiff's Motion to Amend (ECF 126). The basis for this Motion for Relief is that the parties filed a Joint Motion to Extend Deadlines and Continue Trial Date (ECF 123), which included a joint Motion that the Defendant would have until January 10, 2023, in which to respond to ECF 120, the Motion to Amend. (ECF 123, pg. 2, PageID#1792). This Court granted the Joint Motion. (ECF 124). Thus, the Motion to Amend is not unopposed; Defendant intends to file a Memorandum in Opposition.

Defendant's counsel conferred with Plaintiffs' counsel, who have indicated that Plaintiffs do not oppose this Motion for Relief.

For the foregoing reasons, Defendant requests that this Court set aside the Order Granting Motion to Amend (ECF 126) and allow Defendant to file its Memorandum in Opposition to the Motion to Amend. Defendant also asks that the Fourth Amended Complaint be removed from the docket until after the Court has had a chance to review all the filings with respect to the Plaintiffs' Motion to Amend.