IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ERNEST KEVIN TRIVETTE, *et al.*, | |
| Plaintiffs, | Civil No. 3:20-cv-00276 |
| v. | **Judge Aleta Trauger** |
| TENNESSEE DEPARTMENT OF CORRECTION, | |
| Defendant. | |

**PLAINTIFF DISABILITY RIGHTS TENNESSEE'S REQUEST TO WITHDRAW SECOND MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff Disability Rights Tennessee ("DRT") respectfully requests to withdraw its Second Motion for Preliminary Injunction, ECF No. 158. DRT makes this request because it understands that constituent Leonard Taylor currently has access to a videophone, as requested in the Motion, and because the balance of the issues addressed in the Motion are subsumed in Plaintiffs' Motion for Partial Summary Judgment, ECF No. 162.

Respectfully submitted,

| FOX AND ROBERTSON, PC | DISABILITY RIGHTS ADVOCATES |
|---|---|

*/s/ Amy F. Robertson*
Amy F. Robertson*
1 Broadway, Suite B205
Denver, CO 80203
(303) 951-4164
arob@foxrob.com

*/s/ Stuart Seaborn*
Stuart John Seaborn*
2001 Center Street, 3rd Floor
Berkeley, CA 94704
(510) 665-8644
sseaborn@dralegal.org

DISABILITY RIGHTS TENNESSEE
Jack W. Derryberry, Jr. (TN Bar# 003870)
Stacie L. Price (TN Bar# 030625)
2 International Plaza, Suite 825
Nashville, TN 37217
(615) 298-1080
jackd@disabilityrightstn.org
staciep@disabilityrightstn.org

Madeleine J. Reichman*
655 Third Avenue, 14th Floor
New York, NY 10017
(212) 644-8644
tatkinson@dralegal.org
mreichman@dralegal.org

CIVIL RIGHTS EDUCATION AND
ENFORCEMENT CENTER
Albert Elia*
1245 E. Colfax Ave., Suite 400
Denver, CO 80218
(303) 757-7901
aelia@creeclaw.org

*Admitted Pro Hac Vice

Attorneys for Plaintiffs.

February 21, 2024

## CERTIFICATE OF SERVICE

I certify that, on February 21, 2024, I served the foregoing document upon all parties herein by e-filing with the CM/ECF system maintained by the court which will provide notice to the following:

>Steven Hart
>Special Counsel
>Office of Tennessee Attorney General
>steve.hart@ag.tn.gov
>
>Jeffrey B. Cadle
>Assistant Attorney General
>Office of Tennessee Attorney General
>jeffrey.cadle@ag.tn.gov

/s/ Jordon Henderson
Jordon Henderson
Paralegal
Fox & Robertson, PC