# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ERNEST KEVIN TRIVETTE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TENNESSEE DEPARTMENT OF CORRECTION, <br><br> Defendant. | Civil No. 3:20-cv-00276 <br><br> **Judge Aleta Trauger** |

## JOINT STIPULATION OF MATTHEW FOSTER'S UNAVAILABILITY TO TESTIFY AT TRIAL

The Parties, by and through their respective counsel, hereby jointly stipulate and request that this court find that Matthew Foster, a former employee of Defendant Tennessee Department of Correction ("TDOC"), is unavailable to provide testimony at trial and that the Parties may therefore use his deposition for any purpose at trial pursuant to Federal Rule of Civil Procedure 32(a)(4). In support of this request, the Parties jointly state:

1. Mr. Foster was a TDOC employee from 2019 to December 9, 2024.

2. Plaintiffs deposed Mr. Foster on July 14, 2023.

3. TDOC believes that Mr. Foster currently resides more than 100 miles from Nashville, Tennessee where trial will be held.

4. Neither Party has taken any action to procure Mr. Foster's absence.

Based on the foregoing, the Parties respectfully request that the Court find Matthew Foster to be unavailable to testify at trial in this matter pursuant to Rule 32(a)(4).

Respectfully submitted,

| DISABILITY RIGHTS ADVOCATES | JONATHAN SKRMETTI |
| --- | --- |
| | Attorney General and Reporter |
| */s/ Meredith J. Weaver* | |
| Shawna L. Parks* | */s/ Jeffrey B. Cadle* |
| Meredith J. Weaver* | JEFFREY B. CADLE, BPR #037037 |
| 2001 Center Street, 3rd Floor | Assistant Attorney General |
| Berkeley, CA 94704 | Employment Law Division |
| (510) 665-8644 | P.O. Box 20207 |
| sparks@dralegal.org | Nashville, Tennessee 37202-0207 |
| mweaver@dralegal.org | (615) 741-2472 |
| | Jeffrey.Cadle@ag.tn.gov |
| Madeleine J. Reichman* | |
| 655 Third Avenue, Suite 2619 | Attorneys for Defendant |
| New York, NY 10017 | |
| (212) 644-8644 | |
| mreichman@dralegal.org | |

FOX AND ROBERTSON, PC
Amy F. Robertson*
1 Broadway, Suite B205
Denver, CO 80203
(303) 951-4164
arob@foxrob.com

DISABILITY RIGHTS TENNESSEE
Jack W. Derryberry, Jr. (TN Bar# 003870)
Stacie L. Price (TN Bar# 030625)
2 International Plaza, Suite 825
Nashville, TN 37217
(615) 298-1080
jackd@disabilityrightstn.org
staciep@disabilityrightstn.org

CIVIL RIGHTS EDUCATION AND
ENFORCEMENT CENTER d/b/a
DISABILITY LAW UNITED
Albert Elia*
196 Utica Ave., #1011
Brooklyn, NY 11213
(303) 757-7901
aelia@dlunited.org

*Admitted Pro Hac Vice

Attorneys for Plaintiffs

December 27, 2024