# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ERNEST KEVIN TRIVETTE, ET AL., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TENNESSEE DEPARTMENT OF CORRECTION,)<br>)<br>Defendant. ) | Civil No. 3:20-cv-00276<br>Judge Trauger |

## ORDER

Pursuant to the terms of the Settlement Agreement and Release (Docket No. 278-1), it is hereby **ORDERED** that the Clerk shall administratively close this case.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge